## Michael Arthur MAGOON, Plaintiff–Appellant,

v.

Janie COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division; Gary Johnson; State of Texas; Texas Correctional Industries, also known as TCI; Greg Abbott, Attorney General of Texas; Samuel B. Kent, Federal District Judge; John Foreschner, Federal Magistrate, Defendants–Appellees.

No. 03–10750.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 9, 2003.

Herbert H. Landau, Dallas, TX, for Plaintiff–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Michael Arthur Magoon, a Texas resident and former Texas prisoner, challenges the district court's denial of his application to proceed *in forma pauperis* ("IFP") on appeal following the district court's dismissal of his 42 U.S.C. § 1983 complaint as duplicative of another of his

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

lawsuits. Magoon is effectively challenging the district court's certification that he should not be granted IFP status because his appeal is not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir.1997); 28 U.S.C. § 1915(a)(3); FED. R.APP. P. 24(a).

By not directing his motion solely to the district court's reasons for the certification decision, Magoon has effectively abandoned the only issue that is properly before this court. *See Baugh*, 117 F.3d at 202; *Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993). Accordingly, Magoon's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous. *See Baugh*, 117 F.3d at 202 & n. 24; 5TH CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED AS FRIVOLOUS.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.